```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

                    Plaintiff,

          -v-

$9,700 UNITED STATES CURRENCY,          05-CV-274S(Sr)

                    Defendant.
```

## JUDGMENT OF DEFAULT AND ORDER OF FORFEITURE

The plaintiff, the United States of America, has moved for a Judgment of Default, pursuant to Federal Rules of Civil Procedure 55(b)(2), and for an Order of Forfeiture. After reviewing the affidavit of Richard D. Kaufman, Assistant United States Attorney, dated July 8, 2005, and it appearing that no individual or entity has filed a Verified Statement of Interest/Claim and Answer with respect to the above captioned defendant property as required by the Summons that was served upon them, as provided by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims; and it appearing that an Entry of Default against the defendant property has been entered in this action by the Clerk of the Court; and it appearing that no motions seeking permission to file late claims have been filed; and it appearing that no objections to the motion for default have been entered by any party; and that the plaintiff is entitled to have a Judgment by Default entered; it is hereby

**ORDERED**, that a Judgment of Default be entered against $9,700 United States currency, herein referred to as the "defendant property;" and it is further

**ORDERED**, that the defendant property referred to above be and hereby is forfeited to the United States of America, pursuant to Title 21, United States Code, Section 881(a)(6), and is to be disposed of by the United States Marshals Service according to law; and it is further

**ORDERED**, that all claims and interests in the defendant property, other than as reflected in this Order are forever forfeited, closed, and barred.

DATED:    Buffalo, New York, August 25, 2005.

/s/William M. Skretny
HONORABLE WILLIAM M. SKRETNY
UNITED STATES DISTRICT JUDGE